United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BERNARDINO ELIGIO-BARTOLO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-00688 |
| | § | |
| JOSE GARCIA LONGORIA, JR., *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The District Judge orders this case be referred to the randomly selected Magistrate Judge:

Karen Betancourt.

SIGNED this June 29, 2026

_____
Rolando Olvera
United States District Judge